|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| ... |   |   |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL FISHER, | ) | CASE NO. C13-3412 NC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) |  |
|  | ) |  |
| GREG GREER, | ) | Complaint Filed: July 23, 2013 |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

PURSUANT TO THE STIPULATION OF THE PARTIES to continue the Initial Case Management Conference, including Rule 26(f) Report and Case Management Statement filings, IT IS ORDERED that the Rule 26(f) Report and Case Management Statement be filed on  April 23, 2014 _____ and the Initial Case Management Conference be held at 10:00 a.m. on _____  April 30, 2014        .

Dated:    February 20, 2014

IT IS SO ORDERED

Judge Nathanael M. Cousins

ORDER